WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Neil Davis, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>Gretchen Spier and John Doe Spier, a married couple, individually and in Ms. Spier's capacity as an employee of the State of Arizona; The State of Arizona; Detective Chris Western and Jane Doe Western, a married couple, individually and in Mr. Western's capacity as an employee of the Casa Grande Police Department; The City of Casa Grande, an incorporated municipality; John Does 1-10, and XYZ political subdivisions or government agencies,<br><br>Defendants. | No. 08-CV-00050-PHX-NVW<br><br>**ORDER** |

IT IS ORDERED that Plaintiff's Second Motion for Extension of Time (doc. # 20) is granted to the extent that the Case Scheduling Conference is continued from June 20, 2008 to **August 1, 2008 at 4:00 p.m.**  The parties are to comply with the April 29, 2008 Order setting Rule 16 conference (doc. 12).  Failure to comply may result in any appropriate sanctions, including dismissal of this action.

DATED this 30th day of May, 2008.

*/s/ Neil V. Wake*
Neil V. Wake
United States District Judge